| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Harwell, Robert B | 2. Court or Organization U.S. District Court of S.C. | 3. Date of Report 1/21/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge-Nominee | 5. ReportType (check appropriate type) ⦿ Nomination, Date 1/20/04 ◯ Initial ◯ Annual ◯ Final | 6. Reporting Period 1/1/02 to 1/1/04 |

| 7. Chambers or Office Address 205 North Irby Street Florence, S.C. 29501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Harwell Farms and Investment, Inc. |
| 2. | Officer/Director | Harwell Properties, Inc. |
| 3. | Officer/Director | Harwell Development Co., Inc. |
| 4. | Commissioner/Trustee | Florence Darlington Technical College |
| 5. | Partner | Harwell, Ballenger, Barth & Hoefer, LLP |
| 6. | Trustee | Trust #1 |
| 7. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/15/04 | Harwell, Ballenger, Barth & Hoefer, LLP- My law partners and I have agreed that I will be paid 25% of the contingent fees generated on specifically |
| 2. | | designated files existing at the time of my departure, to be completed within three (3) years. My interest in the real estate has been agreed upon and |
| 3. | | will be paid within two (2) years of departure. There is no retirement account. |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Harwell, Ballenger, Barth & Hoefer, LLP | 500,508.00 |
| 2. | 2002 | Barth & Harwell Partnership | 5,836.00 |
| 3. | 2002 | Harwell, Ballenger, Barth & Hoefer, LLP | 377,820.00 |
| 4. | 2001 | Barth & Harwell Partnership | 118,436.00 |
| 5. | 2001 | Harwell, Ballenger, Barth & Hoefer, LLP | 462,193.00 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Harwell, Ballenger, Barth & Hoefer, LLP | 500,508.00 |
| 2. | 2002 | Barth & Harwell Partnership | 5,836.00 |
| 3. | 2002 | Harwell, Ballenger, Barth & Hoefer, LLP | 377,820.00 |
| 4. | 2001 | Barth & Harwell Partnership | 118,436.00 |
| 5. | 2001 | Harwell, Ballenger, Barth & Hoefer, LLP | 462,193.00 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.   Exempt | |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1.   Exempt | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   First Reliance | /PCDG, LLC/note & mtg./ limited liability | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B | 1/21/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Charles Schwab/Sweep Acct | A | Interest | L | T | EXEMPT | | | | |
| 2. Common WB | A | Dividend | K | T | | | | | |
| 3. Common TSFG | B | Dividend | L | T | | | | | |
| 4. BB&T MMA & CD'S | D | Interest | O | T | | | | | |
| 5. First Reliance MMA & CD'S | B | Interest | N | T | | | | | |
| 6. Harwell Farms & Investment, Inc. (12 1/2%) | A | Dividend | K | U | | | | | |
| 7. Harwell Properties, Inc. (12 1/2%) | C | Distribution | L | U | | | | | |
| 8. Harwell Development Co., Inc. (12 1/2%) | D | Distribution | K | U | | | | | |
| 9. PCDG, LLC (10%) 1997-$32,500 | | None | K | R | | | | | |
| 10. Charles Schwab IRA #1 | A | Dividend | L | T | | | | | |
| 11. -DFA Intl Small Co Port | | | | | | | | | |
| 12. -DFA Value III Port | | | | | | | | | |
| 13. -DFA Large Cap Intl Port | | | | | | | | | |
| 14. -DFA Large Cap Value III | | | | | | | | | |
| 15. -DFA US Large Co Instl | | | | | | | | | |
| 16. -DFA US Small Cap. Port | | | | | | | | | |
| 17. -DFA US Small Cap Port | | | | | | | | | |
| 18. -DFA US Small Cap Value | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Trust #1 | A | Dividend | L | T | EXEMPT | | | | |
| 20. -BB&T Corp | | | | | | | | | |
| 21. -Vanguard short-term tre | | | | | | | | | |
| 22. Richland County Zero 8/1/2005 | B | Interest | L | T | | | | | |
| 23. Berkeley Co., SC Zero 6/1/2012 | C | Interest | L | T | | | | | |
| 24. Clemson University, SC Zero 5/1/2010 | A | Interest | L | T | | | | | |
| 25. Piedmont Mun. Power Zero 1/1/2008 | A | Interest | J | T | | | | | |
| 26. Piedmont Mun. Power Zero 1/1/2013 | A | Interest | K | T | | | | | |
| 27. Piedmont Mun. Power Zero 1/1/2013 | A | Interest | K | T | | | | | |
| 28. Richland Co. S.C. Zero 8/1/2009 | C | Interest | L | T | | | | | |
| 29. Richland Co., SC Zero 8/1/2007 | A | Interest | J | T | | | | | |
| 30. S.C. Zero 7/1/2011 | A | Interest | L | T | | | | | |
| 31. Three Rivers Solid Zero 1/1/2009 | B | Interest | K | T | | | | | |
| 32. Three Rivers Solid Zero1/1/2011 | B | Interest | K | T | | | | | |
| 33. Three Rivers Solid Zero 1/1/2012 | B | Interest | K | T | | | | | |
| 34. Three Rivers Solid Zero 1/1/2013 | B | Interest | K | T | | | | | |
| 35. Piedmont Mun. Power Zero 2/1/2015 | A | Interest | L | T | | | | | |
| 36. DFA Tax Man US Mktwde | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Charles Schwab IRA#2 | A | Dividend | M | T | EXEMPT | | | | |
| 38. -DFA Intl Small Co Port | | | | | | | | | |
| 39. -DFA Intl Value III Port | | | | | | | | | |
| 40. -DFA Large Cap Intl Port | | | | | | | | | |
| 41. -DFA US Lg.Co. Inst Index Port | | | | | | | | | |
| 42. -DFA Us Small Cap Port | | | | | | | | | |
| 43. -DFA US Small Cap Value | | | | | | | | | |
| 44. Rental Property #1, SC | | None | M | R | | | | | |
| 45. Rental Property #2, W. VA | C | Rent | M | R | | | | | |
| 46. David W.Harwell & Sons Prop.LP (Cherry Grove, Beach,SC 49%) | | None | M | R | | | | | |
| 47. 205 N. Irby St., Florence, S.C. (25%) purchase of previous | B | Rent | L | V | | | | | |
| 48. partner's interest | | | | | | | | | |
| 49. College Fund#I | A | Dividend | K | T | | | | | |
| 50. -College Bound Fund | | | | | | | | | |
| 51. -Bank of America Strategic Growth | | | | | | | | | |
| 52. -Mid Cap Brown Port. Class A | | | | | | | | | |
| 53. -Small Co. Port Class A | | | | | | | | | |
| 54. -Bond Port Class | | | | | | EXEMPT | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harwell, Robert B | 1/21/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Claussen Farms, S.C. | | None | M | R | EXEMPT | | | | |
| 56. Western Carolina Sewer Zero 3/1/03 | D | Distribution | | | | | | | |
| 57. College Fund #2 | | | | | | | | | |
| 58. -College Bound Fund | | | | | | | | | |
| 59. -Small Co. Port Class A | | | | | | | | | |
| 60. -Bank of America Strategic Growth | | | | | | | | | |
| 61. -Bond Port Class | | | | | | | | | |
| 62. -Mid Cap Growth Port Class A | | | | | | | | | |
| 63. Richland Co., S.C. 8/1/03 | E | Distribution | | | | | | | |
| 64. Clemson University, 2002 | E | Distribution | | | | | | | |
| 65. Florence Co., S.C. 11/1/03 | E | Distribution | | | | | | | |
| 66. Richland Co., S.C. 12/1/03 | D | Distribution | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | J = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harwell, Robert B | 1/21/04 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harwell, Robert B | 1/21/04 |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Harwell, Robert B | 1/21/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _Robert Bryan Harwell_         Date _1/21/04_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks "A" | | 958 | 300 | Notes payable to banks-secured | | 0 | |
| U.S. Government securities - add schedule | | 0 | | Notes payable to bank-unsecured | | 0 | |
| Listed securities - add schedule "B" | | 553 | 200 | Notes payable to relatives | | 0 | |
| Unlisted securities - add schedule "C" | | 151 | 500 | Notes payable to other | | 0 | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 5 | 000 |
| Due from relative and friends | | 0 | | Unpaid income tax | | 0 | |
| Due from others | | 0 | | Other unpaid income and interest | | 0 | |
| Real Estate owned - add schedule "D" | 1 | 460 | 000 | Chattel mortgages and other liens payable | | 0 | |
| Real Estate mortgages receivable | | 0 | | Other debts - itemize: | | 0 | |
| Autos and other personal property | | 125 | 000 | PCDG, LLC/note/mtg. limited liability | | 10 | 200 |
| Cash value - life insurance | | 0 | | | | | |
| Other assets - itemize | | 0 | | | | | |
| Dependents #1 and 2 College Funds "E" | | 37 | 400 | | | | |
| RBH/Educational Trust "F" | | 99 | 800 | | | | |
| Robert B/Debra Harwell/JTWROS "G" | | 90 | 000 | Total Liabilities | | 15 | 200 |
| IRA "H" | | 336 | 300 | Net Worth | 3 | 796 | 300 |
| Total Assets | 3 | 881 | 500 | Total liabilities and net worth | 3 | 881 | 500 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | no | | Are any assets pledged? See above PCDG,LLC | | yes | |
| On leases or contracts | | no | | Are you defendant in any suits or legal actions? | | no | |
| Legal claims | | no | | Have you ever taken bankruptcy? | | no | |
| Provision for Federal Income Tax | | no | | | | | |
| Other special debt | | no | | | | | |